# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Jacob D. Miller | ) | Case No. |
| | ) | 25-mj-3059 (KAR) |
| | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __April 8, 2025__ in the county of __Hampshire__ in the _____ District of __Massachusetts__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 922(g)(1) | Unlawful Possession of Firearms and Ammunition |

This criminal complaint is based on these facts:

See attached Affidavit of FBI Special Agent Dustin Farivar

☐ Continued on the attached sheet.

Signed electronically with authorization from
FBI Special Agent Dustin Farivar on April 8, 2025.

/s/ Dustin Farivar
*Complainant's signature*

Dustin Farivar, Special Agent, FBI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 04/08/2025

/s/ Katherine A. Robertson
*Judge's signature*

City and state: Springfield, MA

Katherine A. Robertson, U.S. Magistrate Judge
*Printed name and title*

Signed electronically with authorization from Katherine A. Robertson, U.S. Magistrate Judge on April 8, 2025.