UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JACOB D. MILLER | Criminal No. 25-mj-3059 (KAR) |

**AFFIDAVIT OF SPECIAL AGENT DUSTIN FARIVAR IN SUPPORT OF
AN APPLICATION FOR A CRIMINAL COMPLAINT**

I, Dustin Farivar, state:

*INTRODUCTION AND AGENT BACKGROUND*

1. Since 2019, I have served as a Special Agent with the Federal Bureau of Investigation ("FBI"). As a Special Agent, I am responsible for the investigation of federal criminal offenses.

2. Since 2019, I have also been assigned to the FBI's Boston Division Springfield Resident Agency's national security squad. As a member of the national security squad, I work with agents and officers investigating crimes involving both domestic and international terrorism as well as national security violations. I have personally been involved in the execution of numerous federal search and arrest warrants.

3. I respectfully submit this Affidavit in support of an application for a Criminal Complaint charging Jacob D. Miller ("Miller") with one count of violating Title 18, United States Code, Section 922(g)(1) (the "Subject Offense").

4. The facts in this Affidavit come from my personal observations and review of

1

records, my training and experience, and information obtained from other agents and witnesses. This Affidavit is intended to show merely that there is probable cause for the requested Criminal Complaint and does not set forth all of my knowledge about this matter.

### *THE SUBJECT OFFENSE*

5.  Title 18, United States Code, Section 922(g)(1) states in pertinent part:

(g) It shall be unlawful for any person — (1) who has been convicted in any court of, a crime punishable by imprisonment for a term exceeding one year . . . to ship or transport in interstate or foreign commerce, or possess in or affecting commerce, any firearm or ammunition; or to receive any firearm or ammunition which has been shipped or transported in interstate or foreign commerce.

18 U.S.C. § 922(g)(1).

### *PROBABLE CAUSE TO BELIEVE THAT MILLER HAS COMMITTED A VIOLATION OF THE SUBJECT OFFENSE*

<u>Miller's Criminal History</u>

6.  According to the National Crime Information Center ("NCIC") database and the Massachusetts Department of Criminal Justice Information Services ("CJIS"):

   a.  On February 9, 2004, Miller was convicted of one count of possession of child pornography in Hampshire Superior Court Docket No. 03107. On February 13, 2004, he was sentenced to seven years of probation.

   b.  On February 9, 2004, Miller was convicted of two counts of possession of an explosive device in Hampshire Superior Court Docket No. 03015B and 03015D. On February 13, 2004 he was sentenced serve two and one-half years in a House of Correction for the first count and to ten years of probation, concurrent with his sentence in Docket No. 03107, for the second count. On April 7, 2012, he was

2

found in violation of probation and his term was extended to April 7, 2019. On January 26, 2018, his probation was terminated.

<u>The Search of Miller's Residence and the Seizure of Firearms and Ammunition</u>

7. Based upon an Affidavit by FBI Special Agent Derek Boucher, on April 5, 2025, United States Magistrate Judge Katherine A. Robertson issued warrants to search, among other premises, the residence of Miller (the "Miller Residence"). Docket Nos. 25-mj-3053-KAR to 25-mj-3057-KAR.

8. On April 8, 2025 at approximately 6:00 a.m., members of the FBI executed the search warrant for the Miller Residence. During the execution of the search warrant, the FBI encountered Miller, who was dressed in his pajamas. Miller asked Special Agent Boucher for some personal clothing and told Boucher that his jeans were located on the floor of his bedroom. Special Agent Boucher located jeans and a sweatshirt on the floor of the main bedroom in the residence and brought them to Miller, who took the pants and put the sweatshirt on.

9. During the execution of the Miller Residence search warrant, agents located a box of approximately fifty rounds of Federal brand, American Eagle .45 auto, 230 grain ammunition inside the bedside table of the bedroom where Special Agent Boucher had found Miller's jeans and sweatshirt. Agents also located a prescription medicine bottle on top the bedside table.

10. Photographs of the Federal box and of 15 rounds of the ammunition inside the box are set forth below:





11.     Later on April 8, 2025, I spoke with Special Agent Brian Meehan, who is assigned to the Springfield, Massachusetts Field Office of the Bureau of Alcohol, Tobacco, Firearms, and Explosives.  Special Agent Meehan informed me that he is not aware of any ammunition that is commercially manufactured in the Commonwealth of Massachusetts.

12.     Agents also located at the Miller Residence a black, rectangular, side-by-side, double-door, Stack-On safe in a closet on the main hallway that led to the bedroom.

13.     Later on April 8, 2025, based upon an Affidavit that I submitted, Magistrate Judge Katherine A. Robertson issued a search warrant for this safe (and another safe in another bedroom). Docket No. 25-mj-3058-KAR.

14. A short while later, agents opened the safe and located the following firearms inside:

  a. Remington Model 514

  b. J Stevens Arms Company Single Gun

  c. Remington Sportsmaster Model 511

  d. O.F. Mossberg and Sons No. 44B

  e. Marlin Family Firearms Company, Serial No. V314525

  f. Remington Model 12C, .22 Rifle, Serial No. 497525

## CONCLUSION

15. Based upon the foregoing information, I have probable cause to believe that on April 8, 2025, Miller committed a violation of the Subject Offense.

Sworn to under the pains and penalties of perjury,

/s/ Dustin Farivar
_____
Dustin Farivar
Special Agent, Federal Bureau of Investigation

Signed electronically with authorization from FBI Special Agent Dustin Farivar on April 8, 2025.

Sworn before me by videoconference on April 8, 2025:

/s/ Katherine A. Robertson
_____
Katherine A. Robertson
United States Magistrate Judge

Signed electronically with authorization from Katherine A. Robertson, U.S. Magistrate Judge on April 8, 2025.



Certified to be a true and correct copy of the original
Robert M. Farrell, Clerk
U.S. District Court
District of Massachusetts

By: Melissa M Rivera
  Deputy Clerk
Date: 4/8/2025