JS 45 (5/97) - (Revised U.S.D.C. MA 9/20/2023)

# Criminal Case Cover Sheet

**U.S. District Court - District of Massachusetts**

**Place of Offense:** Hadley, MA      **Category No.** I      **Investigating Agency** FBI

**City:** Hadley
**County:** Hampshire

**Related Case Information:**
Superseding Ind./ Inf. --      Case No. --
Same Defendant --      New Defendant --
Magistrate Judge Case Number --
Search Warrant Case Number 25-mj-3053 to 3058 (KAR)
R 20/R 40 from District of

Is this case related to an existing criminal action pursuant to Rule 40.1(h)? If yes, case number ____      ☐ Yes ☑ No

## Defendant Information:

**Defendant Name:** Jacob D. Miller      Juvenile: ☐ Yes ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☑ No

**Alias Name:**
**Address:** Hockanum Road / Hadley MA

**Birth date (Yr only):** 1982      **SSN (last 4#):** 6084      **Sex:** M      **Race:** White      **Nationality:** USA

**Defense Counsel if known:** --      **Address:** --
**Bar Number:** --      --

## U.S. Attorney Information

**AUSA:** Steven H. Breslow      **Bar Number if applicable:** --

**Interpreter:** ☐ Yes ☑ No      List language and/or dialect: ____

**Victims:** ☐ Yes ☑ No      If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☐ Yes ☐ No

**Matter to be SEALED:** ☑ Yes ☐ No

☑ Warrant Requested      ☐ Regular Process      ☐ In Custody

**Location Status:**

**Arrest Date:**

☐ Already in Federal Custody as of ____ in ____ .
☐ Already in State Custody at ____      ☐ Serving Sentence      ☐ Awaiting Trial
☐ On Pretrial Release: Ordered by: ____ on ____

**Charging Document:** ☑ Complaint      ☐ Information      ☐ Indictment
**Total # of Counts:** ☐ Petty      ☐ Misdemeanor      ☑ Felony 1

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

**Date:** 4/8/2025      **Signature of AUSA:** STEVEN BRESLOW (Digitally signed by STEVEN BRESLOW Date: 2025.04.09 11:52:48 -04'00')

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant** Jacob D. Miller

## U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 18 U.S.C. § 922(g)(1) | Unlawful possession of firearms and ammunition | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**