JS 45 (5/97) - (Revised U.S.D.C. MA 9/20/2023)

## Criminal Case Cover Sheet — U.S. District Court - District of Massachusetts

**Place of Offense:** Hadley, MA  **Category No.** I  **Investigating Agency** FBI
**City:** Hadley
**County:** Hampshire

**Related Case Information:**
Superseding Ind./ Inf. _____ Case No. _____
Same Defendant: Yes    New Defendant _____
Magistrate Judge Case Number: 25-mj-3059 (KAR)
Search Warrant Case Number: 25-mj-3053-58 (KAR) and 25-mj-3063 (KAR)
R 20/R 40 from District of _____

Is this case related to an existing criminal action pursuant to Rule 40.1(h)? If yes, case number _____ ☐ Yes ☑ No

**Defendant Information:**
Defendant Name: Jacob D. Miller
Juvenile: ☐ Yes ☑ No
Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☑ No
Alias Name: N.A.
Address: Hadley, MA
Birth date (Yr only): 1982  SSN (last 4#): 5944  Sex: M  Race: White  Nationality: USA
Defense Counsel if known: Charles E. Dolan, Esq.  Address: _____
Bar Number: _____

**U.S. Attorney Information**
AUSA: Steven H. Breslow  Bar Number if applicable: N.A.

Interpreter: ☐ Yes ☑ No  List language and/or dialect: _____
Victims: ☐ Yes ☑ No  If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☐ Yes ☑ No
Matter to be SEALED: ☐ Yes ☑ No

☐ Warrant Requested  ☑ Regular Process  ☑ In Custody
Location Status: Hampshire Jail and House of Correction
Arrest Date: 04-09-25

☑ Already in Federal Custody as of _____ in _____
☐ Already in State Custody at _____  ☐ Serving Sentence  ☐ Awaiting Trial
☐ On Pretrial Release: Ordered by: _____ on _____

**Charging Document:** ☐ Complaint  ☐ Information  ☑ Indictment
**Total # of Counts:** ☐ Petty _____  ☐ Misdemeanor _____  ☑ Felony 2

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 4/17/2025  Signature of AUSA: STEVEN BRESLOW  *Digitally signed by STEVEN BRESLOW Date: 2025.04.16 16:33:30 -04'00'*

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**   Jacob D. Miller

## U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 18 U.S.C. § 922(g)(1) | Felon in Possession of Ammunition | 1 |
| Set 2 | 18 U.S.C. § 824(i)(1) | Felon in Possession of Explosive Materials | 2 |
| Set 3 | 18 U.S.C. § 924(d); 28 U.S.C. § 2461(c) | Firearm and Ammunition Forfeiture Allegation: | -- |
| Set 4 | 18 U.S.C. § 982(a)(2)(B), 18 U.S.C. § 844(c), 28 U.S.C. § 2461(c)) | Explosive Materials Forfeiture Allegation: | -- |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**