

# Goex Powder, Inc.

Material Safety Data Sheet

MSDS-BP (Potassium Nitrate)

Revised 3/17/09

| PRODUCT INFORMATION | |
|---|---|
| Product Name | Black Powder |
| Trade Names and Synonyms | N/A |
| Manufacturer/Distributor | GOEX Powder, Inc.(DOYLINE, LA) & various international sources |
| Transportation Emergency | 800-255-3924 (24 hrs – CHEM TEL) |

## PREVENTION OF ACCIDENTS IN THE USE OF EXPLOSIVES

The prevention of accidents in the use of explosives is a result of careful planning and observance of the best known practices. The explosives user must remember that he is dealing with a powerful force and that various devices and methods have been developed to assist him in directing this force. He should realize that this force, if misdirected, may either kill or injure both him and his fellow workers.

### WARNING

All explosives are dangerous and must be carefully transported, handled, stored, and used following proper safety procedures either by or under the direction of competent, experienced persons in accordance with all applicable federal, state and local laws, regulations, or ordinances. ALWAYS lock up explosive materials and keep away from children and unauthorized persons. If you have any questions or doubts as to how to use any explosive product, DO NOT USE IT before consulting with your supervisor, or the manufacturer, if you do not have a supervisor. If your supervisor has any questions or doubts, he should consult the manufacturer before use.

| HAZARDOUS COMPONENTS | | | | |
|---|---|---|---|---|
| Material or Components | % | CAS NO. | TLV | PEL |
| Potassium nitrate | 70-76 | 007757-79-1 | NE | NE |
| Charcoal | 8-18 | N/A | NE | NE |
| Sulfur | 9-20 | 007704-34-9 | NE | NE |
| Graphite[1] | Trace | 007782-42-5 | 15 mppct (TWA) | 2.5 mg/m$^3$ |

N/A = Not assigned   NE = Not established

---

[1] Not contained in all grades of black powder.

P.O. Box 659, Doyline, LA 71023-0659, (318) 382-9300
www.goexpowder.com

GOVERNMENT EXHIBIT
32

9530608

001092

1

## PHYSICAL DATA

| | |
|---|---|
| Boiling Point | N/A |
| Vapor Pressure | N/A |
| Vapor Density | N/A |
| Solubility in Water | Good |
| Specific Gravity | 1.70 – 1.82 (mercury method)  1.92 – 2.08 (pycnometer) |
| PH | 6.0 – 8.0 |
| Evaporation Rate | N/A |
| Appearance and Odor | Black granular powder. No odor detectable. |

## HAZARDOUS REACTIVITY

| | |
|---|---|
| Instability | Keep away from heat, sparks, and open flames. Avoid impact, friction and static electricity. |
| Incompatibility | When dry, black powder is compatible with most metals; however, it is hygroscopic and when wet, attacks all common metals except stainless steel.<br><br>Black powder must be tested for compatibility with any material not specified in the production/procurement package with which they may come in contact. Materials include other explosives, solvents, adhesives, metals, plastics, paints, cleaning compounds, floor and table coverings, packing materials, and other similar materials, situations, and equipment. |
| Hazardous decomposition | Detonation produces hazardous overpressures and fragments (if confined). Gases produced may be toxic if exposed in areas with inadequate ventilation. |
| Polymerization | Polymerization will not occur. |

## FIRE AND EXPLOSION DATA

| | |
|---|---|
| Flashpoint | Not applicable |
| Auto Ignition Temperature | Approx. Range: 392°F-867°F  /  200°C-464°C |
| Explosive temperature (5 sec) | Ignites @ approx. 427°C (801°F) |
| Extinguishing media | Water |
| Special fire fighting procedures | ALL EXPLOSIVES: DO NOT FIGHT EXPLOSIVES FIRES. Try to keep fire from reaching explosives. Isolate area. Guard against intruders.<br><br>Division 1.1 Explosives (heavily encased): Evacuate the area for 5,000 feet (approximately 1 mile) if explosives are heavily encased.<br><br>Division 1.1 Explosives (not heavily encased): Evacuate the area for 2,500 feet (approximately ½ mile) if explosives are not heavily encased.<br><br>Division 1.1 Explosives (all): Consult U.S. DOT Emergency Response Guide 112 for further details. |

| | |
|---|---|
| Unusual fire and explosion hazards | Black powder is a deflagrating explosive. It is very sensitive to flame and spark and can also be ignited by friction and impact. When ignited unconfined, it burns with explosive violence and will explode if ignited under even slight confinement. |

| HEALTH HAZARDS | |
|---|---|
| General | Black powder is a Division 1.1 Explosive, and detonation may cause severe physical injury, including death. All explosives are dangerous and must be handled carefully and used following approved safety procedures under the direction of competent, experienced persons in accordance with all applicable federal, state and local laws, regulation and ordinances. |
| Carcinogenicity | None of the components of Black Powder are listed as a carcinogen by NTP, IARC, or OSHA. |

| FIRST AID | |
|---|---|
| Inhalation | Not a likely route of exposure. If inhaled, remove to fresh air. If not breathing give artificial respiration, preferably by mouth-to-mouth. If breathing is difficult, give oxygen. Seek prompt medical attention. Avoid when possible. |
| Eye and skin contact | Not a likely route of exposure. Flush eyes with water. Wash skin with soap and water. |
| Ingestion | Not a likely route of exposure. If ingested, dilute by giving two glasses of water and induce vomiting. Avoid when possible. |
| Injury from detonation | Seek prompt medical attention. |

| SPILL OR LEAK PROCEDURES | |
|---|---|
| Spill/leak response | Use appropriate personal protective equipment. Isolate area and remove sources of friction, impact, heat, low level electrical current, electrostatic or RF energy. Only competent, experienced persons should be involved in clean up procedures.<br><br>Carefully pick up spills with non-sparking and non-static producing tools. |
| Waste disposal | Desensitize by diluting in water. Open train burning, by qualified personnel, may be used for disposal of small unconfined quantities. Dispose of in compliance with Federal Regulations under the authority of the Resource Conservation and Recovery Act (40 CFR Parts 260-271). |

| SPECIAL PROTECTION INFORMATION | |
|---|---|
| Ventilation | Use only with adequate ventilation. (If required) |
| Respiratory | None |
| Eye | None |
| Gloves | Impervious rubber gloves. (If required) |
| Other | Metal-free and/non-static producing clothes |

001094

## SPECIAL PRECAUTIONS

- Keep away from friction, impact, and heat and open flame. Do not consume food, drink, or tobacco in areas where they may become contaminated with these materials.

- Contaminated equipment must be thoroughly water cleaned before attempting repairs.

- Use only non-spark producing tools.

- No smoking.

## STORAGE CONDITIONS

Store in a cool, dry place in accordance with the requirements of Subpart K, ATF: Explosives Law and Regulations (27 CFR 55.201-55.219).

## SHIPPING INFORMATION

| | | |
|---|---|---|
| Proper shipping name | Black Powder | |
| Hazard class | 1.1D | |
| UN Number | UN0027 | |
| DOT Label & Placard | DOT Label | EXPLOSIVES 1.1D |
| | DOT Placard | EXPLOSIVES 1.1 |
| Alternate shipping | Limited quantities of GOEX black powder (1# cans only) may be transported as "Black powder for small arms – flammable solid" pursuant to U.S. Department of Transportation 49 CFR. | |

The information contained in this Material Safety Data Sheet is based upon available data and believed to be correct; however, as such has been obtained from various sources, including the manufacturer, military and independent laboratories, it is given without warranty or representation that it is complete, accurate, and can be relied upon. GOEX, Incorporated, has not attempted to conceal in any manner the deleterious aspects of the product listed herein, but makes no warranty as to such. Further, GOEX, Incorporated, cannot anticipate nor control the many situations in which the product or this information may be used; there is no guarantee that the health and safety precautions suggested will be proper under all conditions. It is the sole responsibility of each user of the product to determine and comply with the requirements of all applicable laws and regulations regarding its use. This information is given solely for the purposes of safety to persons and property. Any other use of this information is expressly prohibited.

For further information contact:   GOEX Powder, Incorporated
P. O. Box 659
Doyline, LA 71023-0659
Telephone Number:   (318) 382-9300
Fax Number:   (318) 382-9303

001095

## BLACK POWDER

### FRICTION TEST
PA

Steel – Snaps
Fiber – Unaffected

### IMPACT TEST
PA

16 Inches (10% Point)

### ELECTROSTATIC DISCHARGE TEST

Bureau of Mines
  0.8 Joules (Confined)
  12.5 Joules Unconfined)

### STABILITY

  $75°$ C International Heat Test – 0.31% Loss
  Vacuum Stability – 0. 5cc @ $100°$ C

### BRISANCE – Sand Test 8 gm.

### VELOCITY

In the open, trains of black powder burn very slowly, measurable in seconds per foot. Confined, as in steel pipe, speeds of explosions have been timed at values from 560 feet per second for very coarse granulations to 2,070 feet per second for the finer granulations. Confinement and granulation will affect the values.

### CHEMICAL DECOMPOSITION

Use water to dissolve the potassium nitrate. By leeching out the potassium nitrate, the residue of sulfur and charcoal is non-explosive but combustible when dry – dispose separately.

---

### SPECIAL REQUIREMENTS:

Black Powder is very sensitive to flame and spark and can also be ignited by friction and impact. When ignited unconfined, it burns with explosive violence and will explode if ignited under even slight confinement.

When dry, it is compatible with most metals. However, it is hydroscopic and when wet, attacks all common metals except stainless steel.

CAUTION: Explosives must be tested for compatibility with any material not specified in the production/procurement package with which they may come in contact. Materials include other explosives, solvents, adhesives, metals, plastics, paints, cleaning compounds, floor and table coverings, packing materials and other similar materials, situations and equipment. Explosives include propellants and pyrotechnics.

001096